NAME, ADDRESS, AND TELEPHONE NUMBER OF ATTORNEY(S)
OR OF PARTY APPEARING IN PRO PER

**Stanley C. Morris (State Bar No. 183620)**
**CORRIGAN & MORRIS LLP**
12300 Wilshire Blvd., Suite 210
Los Angeles, CA 90025
Telephone: (310) 394.2828
Facsimile: (310) 394.2825
Email: scm@cormorllp.com

ATTORNEY(S) FOR:  Toon Goggles, Inc.

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

SECURITIES AND EXCHANGE COMMISSION

Plaintiff(s),

v.

TOON GOGGLES, INC., and IRA WARKOL,

Defendant(s)

CASE NUMBER:

2:19-cv-07687-JFW (MAAx)

**CERTIFICATION AND NOTICE
OF INTERESTED PARTIES
(Local Rule 7.1-1)**

TO:   THE COURT AND ALL PARTIES OF RECORD:

The undersigned, counsel of record for  Defendant, Toon Goggles, Inc.
or party appearing in pro per, certifies that the following listed party (or parties) may have a pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal.

(List the names of all such parties and identify their connection and interest. Use additional sheet if necessary.)

| PARTY | CONNECTION / INTEREST |
|---|---|
| U. S. Securities and Exchange Commission | Plaintiff |
| Toon Goggles, Inc. | Defendant |
| Individual Investors in Toon Goggles, Inc. (See attached) | |

November 26, 2019
Date

/s/ Stanley C. Morris
Signature

Attorney of record for (or name of party appearing in pro per):

Toon Goggles, Inc.

# ADDENDUM TO
# CERTIFICATION AND NOTICE OF INTERESTED PARTIES
# (Local Rule 7.1-1)

## Securities and Exchange Commission v.
## Toon Goggles, Inc., and Ira Warkol
## Case No. 2:19-cv-07687-JFW (MAAx)

| **Last Name** | **First Name** |
|---|---|
| Aaberg | Obert |
| Abedi | Shahla |
| Abraham | Lance |
| Ackerman | Steve |
| Allen | Richard |
| Alley | Carole |
| Alves | Richard |
| Ames | Richard |
| Anderson | James R. |
| Anderson | John |
| Anderson | Peter |
| Andrews | Robert |
| Arrigo | Stephen |
| Bachman | Lawrence |
| Bahrenburg | John |
| Bailey | Vernon |
| Ballard | Richard |
| Barringer | Donna |
| Barringer | Judy L. |
| Barringer | William |
| Baskett | William |
| Bateman | James |
| Bates | Nathaniel |
| Battey | William |
| Bauschka | John A. |
| Behne | Dorothy |
| Benedict | Paul and Marilyn |
| Bennington | Leslie |
| Bernstein | Leslie |
| Bertsh | John |
| Berwick | James |
| Bitner | Bruce |
| Bivens | O. Lee |
| Bjorngaard | Norris |

1

# ADDENDUM TO
# CERTIFICATION AND NOTICE OF INTERESTED PARTIES
## (Local Rule 7.1-1)

## Securities and Exchange Commission v.
## Toon Goggles, Inc., and Ira Warkol
## Case No. 2:19-cv-07687-JFW (MAAx)

| **Last Name** | **First Name** |
|---|---|
| Black | John and Joyce |
| Blumberg | Ken |
| Blunier | Melvin |
| Bolles | Gary |
| Borges | Richard |
| Bost | Roger |
| Braindeis | Jeffrey |
| Brammer | Patricia |
| Brennan | William |
| Bromley | Robert |
| Brutcher | Brian and Cheryl |
| Bryck | Richard |
| Buehrle | Harry |
| Burkenroad | Marianne |
| Burns | Donald and Mary |
| Butts | Laurence |
| Cabeza | Anthony |
| Cahall | James |
| Cannon | Gerald |
| Carlson | Eric |
| Carnes | Robby |
| Cerda | Angela |
| Cesin | Louie |
| Chamow | Richard |
| Chapmen | Ed |
| Childs | Hampton |
| Christians | Robert |
| Cianfarini | Samuel |
| Cicardo | David |
| Cleavelin | C. Rinn |
| Cobbs | Herbert |
| Coleman | Lawrence |
| Cook | Hal |
| Cowgill | Bruce |
| Crabb | William |
| Craft | Miriam |

2

# ADDENDUM TO
# CERTIFICATION AND NOTICE OF INTERESTED PARTIES
# (Local Rule 7.1-1)

## Securities and Exchange Commission v.
## Toon Goggles, Inc., and Ira Warkol
## Case No. 2:19-cv-07687-JFW (MAAx)

| Last Name | First Name |
|---|---|
| Crain | Terry |
| Cronje | Christiaan |
| Crowley | Donald |
| Cunningham | Toby |
| Dal Ponte | Bart |
| Damiani | Richard |
| Daniels | Bryan L. |
| Davis | Thomas |
| Davis | Charlie |
| Dekezel | Thomas |
| Delducco | Stanley |
| Delgago | Andrew |
| Dettle | Robert and Rosalie |
| Dettorre | Neil |
| Dewrell | Tom |
| Diablo Negro Investments | |
| Dias | Gary/Kathleen |
| Dietz | David |
| Dlabaj | Sandra |
| Doan | Sam |
| Dodla | Vamsi |
| Dolan | Dallas |
| Domenigoni | Frederick |
| Dostrow | Michael |
| Doubrava | Richard |
| Douds | Robert |
| Draayer | Adrian and Barbara |
| Drees | Kelly |
| Dunst | Frank and Elaine |
| Dunst Hawkins | Kirsten |
| Dupont Jr. | Robert |
| Eastman | David |
| Echols | Hunter |
| Eldridge | Wade |
| Elg | Fred |

3

# ADDENDUM TO
# CERTIFICATION AND NOTICE OF INTERESTED PARTIES
# (Local Rule 7.1-1)

## Securities and Exchange Commission v.
## Toon Goggles, Inc., and Ira Warkol
## Case No. 2:19-cv-07687-JFW (MAAx)

| **Last Name** | **First Name** |
|---|---|
| Elkins | Carl A. |
| Eller | Royce |
| Ellis | Bill |
| Elswick | Dayle |
| English | Leon |
| Erickson | Eddie |
| Ersjadi | Fariba |
| Eshkar | Orli |
| Etcheson | Jon |
| Fabian | Carl E. |
| Fabian | Mark |
| Fain | David |
| Farthing | Wayne |
| Fasselin | Gloria |
| Fava | Ryan |
| Feitz | Jon |
| Felice | Michael |
| Fernandez | Gonzalo |
| Finilla | Charles |
| Fleming | David |
| Flohr | Rinna |
| Flynn | Don |
| Ford | James |
| Fridholm | John |
| Friederich | Gary |
| Fuller | James |
| Fylling | Paul |
| Galindo | Joshua and Cheryl |
| Gallavin | Wayne |
| Galvan | Braulio |
| Gardner | Glenn |
| Garkie | Wayne |
| Gately | Stephen |
| Geisfeld | James |
| Gerard | Terry |
| Gioseffi | Tom |

# ADDENDUM TO
# CERTIFICATION AND NOTICE OF INTERESTED PARTIES
## (Local Rule 7.1-1)

## Securities and Exchange Commission v.
## Toon Goggles, Inc., and Ira Warkol
## Case No. 2:19-cv-07687-JFW (MAAx)

| Last Name | First Name |
|---|---|
| Giovine | Charles |
| Goldman | Edna |
| Gonzales | J. Omar |
| Goodale | David W. |
| Gorty | Sri |
| Gostanian | Richard |
| Graff | William |
| Graham | Richard |
| Graves | James |
| Gray | Phillip |
| Greene | Geoffrey |
| Grim | Helen |
| Grimshaw | Thomas |
| Guarino | Michael |
| Gustafson | Donald |
| Gutze | Gordan |
| Hagenson | Martin |
| Hager | Christian |
| Hall | Warren |
| Haq | Shah |
| Harley | William S. |
| Harold | Lincoln |
| Hart | David |
| Harthern | Paul |
| Hastings | David |
| Hauer | Jay |
| Haun | John |
| Hays | Craig and Belinda |
| Heinecke | Hugh |
| Hendershott | Ron |
| Hennersdorf | Conilee |
| Hesterberg | Jim |
| Hickok | Kim |
| Hodge | Stephen |
| Hoffman | Richard |
| Hohenstein | Charlotter M. |

5

# ADDENDUM TO
# CERTIFICATION AND NOTICE OF INTERESTED PARTIES
# (Local Rule 7.1-1)

## Securities and Exchange Commission v.
## Toon Goggles, Inc., and Ira Warkol
## Case No. 2:19-cv-07687-JFW (MAAx)

| Last Name | First Name |
|---|---|
| Hollis | Paul |
| Honsey | Dale |
| Houston | William |
| Howe | Thomas |
| Huffman | Jim |
| Huffman | John and Linda |
| Hunn | Von D. |
| Hunte | Cyril |
| Igel | Jeffrey |
| Isham | Will |
| Jacobsen | Thomas |
| Jarnagin | James |
| Jarnagin | Joel |
| Jarvis | Kenneth |
| Jensen | Thomas |
| Johannessen | Carl |
| Johnson | Dean |
| Johnson | Don |
| Johnson | Eric |
| Johnson | Wayne |
| Johnson | Kenneth |
| Jones | Jack |
| Julian | Mike |
| Kane | Edward |
| Karstens | Roger |
| Kastanek | James |
| Keeling | Doug |
| Kenard | Raymond |
| Kieffer | Gary |
| Kinney | Mike |
| Kinney | Richard |
| Kirchberg | Jody |
| Knauss | Neil |
| Knudtson | David |
| Konig | Eveline |
| Kozlowski | John H. |
| Krenzke | Rick |

6

# ADDENDUM TO
# CERTIFICATION AND NOTICE OF INTERESTED PARTIES
# (Local Rule 7.1-1)

## Securities and Exchange Commission v.
## Toon Goggles, Inc., and Ira Warkol
## Case No. 2:19-cv-07687-JFW (MAAx)

| Last Name | First Name |
| --- | --- |
| Kunigi | Jim |
| Kust | Robert |
| Lagrew | Jeffrey |
| Leeds | Peter |
| Lemons | Bill |
| Lindell | Steven |
| Linson | Lewis |
| Linthorst | Paul |
| Little | Joseph |
| Locke | Freddie |
| Logan | Linda |
| Long | Ralph |
| Look | Lillian |
| Lorenzo | Lucia |
| Lorenzo | John |
| Lorenzo | Matthew |
| Lucey | James |
| Luginbill | Martin |
| Lytle | Carl |
| MacArthur | Shawn |
| MacDonald | Michael |
| Macias | Robert |
| Maechtlen | Rodger |
| Maier | JT |
| Mailandt | Peter |
| Main | James |
| Marlin | Moe |
| Marshall | Leonard |
| Martin | Kevin |
| Martin | Stephan |
| Masser | Phillip |
| Massouda | Esther & Sam |
| Mauceli | Leonard |
| McAllister | Vernon |
| McCaslin | Gerald |
| McCourt | Doreen |
| McElligot | Ann |

# ADDENDUM TO
# CERTIFICATION AND NOTICE OF INTERESTED PARTIES
## (Local Rule 7.1-1)

## Securities and Exchange Commission v.
## Toon Goggles, Inc., and Ira Warkol
## Case No. 2:19-cv-07687-JFW (MAAx)

| Last Name | First Name |
|---|---|
| McFarland | Duane |
| McKenzi | Vincent |
| Meler | Martin |
| Meng | Philip |
| Michaelson | Norman |
| Miers | Ashley |
| Miers | Steve |
| Miller | Barbara |
| Miller | Guy |
| Mills | Montana |
| Mills | Madison |
| Mills | Doug |
| Mills | Mike |
| Mills | Henry |
| Mills | Maxine |
| Mills | Ashley |
| Mills | Barry |
| Mlynarski | Joel |
| Mobley | Herman |
| Morgan | JB |
| Morse | Charles |
| Morse | Alexandra |
| Murray | Justin |
| Musclow | Laura |
| Nedry | Ronald |
| Newton | Noel |
| Ng | Brian |
| Nicholas | Robert |
| Nigg | Gloria |
| Nigg | Karl |
| Nigg | Brian |
| Nolte | Perry |
| O'Brian | Angela |
| O'Bryant | Alan |
| O'Hara | Henry |
| Olsen 3 | Thomas |
| Orth | Albert |

8

# ADDENDUM TO
# CERTIFICATION AND NOTICE OF INTERESTED PARTIES
## (Local Rule 7.1-1)

## Securities and Exchange Commission v.
## Toon Goggles, Inc., and Ira Warkol
## Case No. 2:19-cv-07687-JFW (MAAx)

| Last Name | First Name |
| --- | --- |
| Ott | Robert |
| Overbey | Gordon |
| Palmer | Paul |
| Palmer | Todd |
| Palmer | Alisha |
| Palsgrove | John |
| Perrotta | Romolo |
| Pesta | Jeff |
| Peters | Dwight |
| Petre | Benjamin |
| Pierce | Dennis |
| Pisoni | Gary |
| Platt | Joel |
| Platt | Neil |
| Poche | Glenn |
| Poffinbarger | Edwin |
| Pollitz | Brendan |
| Pollman | William |
| Popyuk | William |
| Post | Peter |
| Powell | Clyde |
| Price | Thomas |
| Raine | Dennis |
| Randall | Robert |
| Reigel | James |
| Riccardi | Santuccio |
| Richards | David |
| Riege | Edmund |
| Riehl | Roger |
| Roat | Ronald |
| Robinson | Harold |
| Rocco | Arthur |
| Roche-Luce | Fiona |
| Rodway | Jerry |
| Romankiw | Lubomyr |
| Rose | Dorothy |
| Ross | Curtis |

9

# ADDENDUM TO
# CERTIFICATION AND NOTICE OF INTERESTED PARTIES
### (Local Rule 7.1-1)

## Securities and Exchange Commission v.
## Toon Goggles, Inc., and Ira Warkol
## Case No. 2:19-cv-07687-JFW (MAAx)

| **Last Name** | **First Name** |
|---|---|
| Roti | John |
| Ruble | Charles |
| Ruddel | Mark |
| Rudolph | Lynn |
| Russell | Robert |
| Sajady | Lucky |
| Saltz | Charles |
| Sandberg | Stephen |
| Sandell | Gary |
| Sanders | HR |
| Saylor | Edward |
| Schlumpf | Anthony |
| Schlumpf | Michael |
| Schmidt | Sidney |
| Schober | George |
| Schoon | Derald |
| Schulz | Steven |
| Schvimer | Alex |
| Schwartz | Howard |
| Schwob | Phillip |
| Scott | Vicki |
| Screws | Don |
| Seagle | Joe |
| Senseney | Michael |
| Shaner | Gary |
| Shaw | H |
| Shen | Dave |
| Shen | Casey |
| Shields | Michael |
| Shire | Rhonda |
| Shontz | Milt and Jean |
| Sieren | Steve |
| Silver | Howard |
| Simmerman | Steven |
| Skott | Craig |
| Slezinger | Nancy |
| Smith | Ward |

10

# ADDENDUM TO
# CERTIFICATION AND NOTICE OF INTERESTED PARTIES
# (Local Rule 7.1-1)

## Securities and Exchange Commission v.
## Toon Goggles, Inc., and Ira Warkol
## Case No. 2:19-cv-07687-JFW (MAAx)

| Last Name | First Name |
|---|---|
| Smith | Moira |
| Smith | Larry |
| Soliday | Derrick |
| Springer | Joseph |
| Stephens | Blake |
| Stevens | Frank |
| Stokos | James |
| Stone | Stanley |
| Stone | Albert |
| Straus | Charles |
| Stretton | Richard |
| Sundstrom | Dr. John |
| Sutherland | Richard |
| Szarkowski | Paul |
| Taft | Robert |
| Tanton | Russell |
| Tatro | Thomas |
| Taylor | Luther |
| Terpstra | Richard |
| Thesken | Robert |
| Thomas | Matt |
| Thomas | Steven |
| Timberlin | David |
| Timpe | Scott & Susan |
| Tobin | Michael |
| Tyrrell | David |
| Valley | Robert |
| Van Cleve | Edgar |
| Van Demoer | John |
| Van Natta | Fred |
| Voorhies | Ronald |
| Walker | David |
| Walters | Anthony |
| Ware | Robert |
| Watson | Charles |
| Webster | Joan |
| Wells | Roger |

11

# ADDENDUM TO
# CERTIFICATION AND NOTICE OF INTERESTED PARTIES
# (Local Rule 7.1-1)

## Securities and Exchange Commission v.
## Toon Goggles, Inc., and Ira Warkol
## Case No. 2:19-cv-07687-JFW (MAAx)

| Last Name | First Name |
| --- | --- |
| White | Jeffrey |
| Williams | Verle |
| Williamson | Sherryl |
| Winship | John |
| Winters | Todd |
| Wong | Trina |
| Woodruff | John |
| Wright | Jean |
| Wroten | Cecil |
| Yakobitis | Edward |
| Yeager | Kurt |
| Yeatman | Maren |
| Youngren | David |
| Zelch | Glennon |
| Zelch | Randy |
| Zeleznick | Nathan |
| Zhou | Xiao Lucy |
| Zierenberg | Roger |
| Zucker | Daniel |